STATE of Missouri, Respondent,

v.

Yannick BURTIN, Appellant.

No. WD 61162.

Missouri Court of Appeals,
Western District.

May 20, 2003.

Vanessa Caleb, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joel A. Block, Assistant Attorney General, Jefferson City, for respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PATRICIA BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

Yannick Burtin appeals the circuit court's judgment convicting him of forcible rape, stealing without consent, and three

counts of attempted stealing without consent. We affirm. Rule 30.25(b).